FILED
2014 Feb-05 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Thomas
Bibb County Correctional
565 Bibb Lane
Brent, AL 35034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   C. Jones                       2-4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2014 FEB -5 A 11:07

2:14-CV-231-RDP

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7013 0600 0000 8975 3788

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Felicia Ford
   Bibb County Correctional
   565 Bibb Lane
   Brent, AL 35034

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  CBarnes
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): CBarnes
C. Date of Delivery: 2-4

2014 FEB 5 A 11:07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:14-cv-31-RDP

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7013 0600 0000 8975 3771

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X C Ba— ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name) D C Barnes    C. Date of Delivery 2-4 |
| 1. Article Addressed to:<br><br>2014 FEB -5 A<br><br>Phillip Bryant<br>Bibb County Correctional<br>565 Bibb Lane<br>Brent, AL 35034 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>11:08<br><br>2:14-CV-31-RDP<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7013 0600 0002 4308 4000 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540