Northern District of Alabama
1729 5th Avenue North
Birmingham, Alabama 35203

RTS

Bibb County Correctional Facility
**Attn: Mr. Phillip Bryant**
565 Bibb Lane
Brent, Alabama 35034

NIXIE        350341508-1N            02/18/14
         RETURN TO SENDER
               REFUSED
         UNABLE TO FORWARD
         RETURN TO SENDER