# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KEON HARDY, | ) Case No.: 2:14-CV-00031-RDP |
| Plaintiff, | ) |
| vs. | ) **PLAINTIFF'S REPORT REGARDING** |
| | ) **SERVICE ON PHILLIP BRYAND** |
| JOHN HUTTON, FELICIA FORD, and PHILLIP BRYANT | ) |
| Defendants. | ) |

COMES NOW Keon Hardy, by and through undersigned counsel, and in accordance with the Court's docket text order of February 24, 2015, shows unto the Court that Phillip Bryant was served with a copy of a summons and Amended Complaint by personal service on March 9, 2015. (*See* Doc. 33, Return on Service).

Respectfully submitted,

/s/ Wallace D. Mills
Wallace D. Mills (MIL 090)
Attorney for Plaintiff

OF COUNSEL:
Wallace D. Mills, P.C.
621 Hull Street
Montgomery, AL 36104
wallace@wallacemills.com
(334) 593-8053

Gerald C. Brooks
P.O. Box 11492
Birmingham, AL 35202-1492
geraldbrooks.law.att.net
(205) 422-4733

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Hon. Katherine S. Jessip
Alabama Department of Corrections
P.O. Box 301501
301 South Ripley Street
Montgomery, AL 36130

and I hereby certify that I have also mailed by United States Postal Service the document to the above-named non-CM/ECF participants:

Phillip Bryant
66 Panther Dr.
Sawyerville, AL  36776

/s/ Wallace D. Mills
OF COUNSEL

_____
Wallace D. Mills