# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| KEON HARDY, | ) Case No.: 2:14-CV-00031-RDP |
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION OF** |
| | ) **DISMISSAL** |
| JOHN HUTTON, FELICIA FORD, and PHILLIP BRYANT | ) |
| Defendants. | ) |

COME NOW the parties in the above-styled action and, pursuant to Fed. R. Civ. P. 41(a)(ii), stipulate to the dismissal of the above-entitled action with prejudice with each party to bear its own costs. In support thereof, the parties show unto this Court that a settlement agreement has been reached by and between the parties settling and disposing of any and all claims pending in the above-styled action. All conditions required by the settlement agreement and release have been satisfied.

Respectfully submitted,

_____
Wallace D. Mills (MIL090)
Attorney for Plaintiff

OF COUNSEL:
Wallace D. Mills, P.C.
621 Hull Street
Montgomery, AL 36104
wallace@wallacemills.com
(334) 593-8053


Gerald C. Brooks
P.O. Box 11492
Birmingham, AL 35202-1492
geraldbrooks.law.att.net
(205) 422-4733

_____
Katherine Jessip (JES006)
Attorney for Hutton and Ford


OF COUNSEL:
Alabama Department of Corrections
301 South Ripley St.
Montgomery, AL 36130

_____
Bill Garrett (GAR029)
Attorney for Phillip Bryant


OF COUNSEL:
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7248
(334) 242-2433 (fax)